UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID COLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIM STERLING MOTORS, INC. and DOES 1-10,<br><br>　　　　Defendants. | Case No.  C05-5287RJB<br><br>ORDER CHANGING DATES |

As the pretrial conference date and the trial date in the Order Granting Plaintiff's Motion to Postpone Trial and Extend Pretrial Deadlines (Dkt. 23) conflict with the court's current calendar, these dates are hereby reset to:

　　Pretrial Conference -　　　　　　　　September 1, 2006

　　Jury Trial -　　　　　　　　　　　　September 11, 2006

**IT IS SO ORDERED.**  All other dates set in the Order Granting Plaintiff's Motion to Postpone Trial and Extend Pretrial Deadlines (Dkt. 23) remain.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of March, 2006.

　　　　　　　　　　　　　　　　　*Robert J. Bryan*
　　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1