UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID COLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM STIRLING MOTORS, INC., a Washington corporation,<br><br>　　　　　Defendant. | No. C05-5287RJB<br><br>ORDER DENYING<br><br>(1) DEFENDANT'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE, FOR REMITTITUR AND<br><br>(2) DEFENDANT'S MOTION TO STRIKE PUNITIVE DAMAGE AWARD OR IN THE ALTERNATIVE FOR A NEW TRIAL ON PUNITIVE DAMAGES |

　　This matter comes before the court on the above-referenced motions (Dkts. 94 and 95). The court is familiar with the records and files herein, the events of the trial, and all documents filed in support of and in opposition to said motions.

　　The court is satisfied that the trial in this matter was fair in all respects; that the jury instructions were accurate; and that the verdict was supported by the evidence when considered in the light most favorable to plaintiff. Therefore, both of the aforementioned motions are hereby **DENIED**.

　　DATED this 23rd day of October, 2006.

　　　　　　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　United States District Judge