# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID COLE | *SUPPLEMENTAL* JUDGMENT IN A CIVIL CASE |
| v. | |
| JIM STIRLING MOTORS, INC. | CASE NUMBER:  C05-5287RJB |

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial and the jury rendered its verdict.  The post-trial issues that followed and were before the Court for consideration have been heard and a decision has been rendered.

The Court finds that hours expended by plaintiff's counsel and staff on this case was reasonable under the circumstances, and the hourly rates charged were consistent with the skill and reputation of plaintiff's counsel, as well as the prevailing rates in this community.  The Court also finds reasonable the amounts paid to the original counsel, Ms. Betker, and further finds that the costs and expenses request by counsel are fair and reasonable.  Accordingly, the amounts awarded are as follows:

| | |
|---|---:|
| Betker Fees and Costs | $   1,152.50 |
| Fee Billings by Plaintiff's Current Counsel/Staff | 126,457.00 |
| Costs & Expenses | 9,077.88 |
| **TOTAL AWARD OF FEES & COSTS:** | **$136,687.38** |

| | |
|---|---|
| November 22, 2006 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/  Dara  L.  Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |